1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  SCOTT C. MATHER, State Bar No. 190912
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5709
     Fax: (415) 703-5843
8    Email: Scott.Mather@doj.ca.gov

9  Attorneys for Respondent Ben Curry

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD HAWKS,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY, Warden,<br><br>　　　　　　　　　　Respondent. | C07-5039 JSW<br><br>**RESPONDENT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge:　The Honorable<br>　　　　　Jeffrey S. White |

For the reasons set forth in the attached declaration of counsel, Respondent requests

//
//
//
//
//
//
//

an extension of time of 60 days, to and including February 22, 2008, in which to file an answer to the petition for writ of habeas corpus.

Dated: December 20, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

*[signature]*

SCOTT C. MATHER
Deputy Attorney General
Attorneys for Respondent

40199439.wpd
sf2007200879