1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | JULIE L. GARLAND
Senior Assistant Attorney General
4 | ANYA M. BINSACCA
Supervising Deputy Attorney General
5 | SCOTT C. MATHER, State Bar No. 190912
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone: (415) 703-5709
Fax: (415) 703-5843
8 | Email: Scott.Mather@doj.ca.gov

9 | Attorneys for Respondent Ben Curry

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

15 | HAROLD HAWKS,

16 |                                             Petitioner,

17 |        v.

18 | BEN CURRY, Warden,

19 |                                             Respondent.

20

21

22 | I, Scott C. Mather, declare as follows:

23 |        1.    I am an attorney admitted to practice before the courts of the State of California. I am

24 | employed by the California Attorney General's Office as a Deputy Attorney General in the

25 | Correctional Writs and Appeals Section, and I am the attorney primarily responsible for

26 | representing Respondent in this case.

27 |        2.    On October 25, 2007, this Court issued an Order to Show Cause, directing Respondent

28 | to file a response to the petition for writ of habeas corpus within sixty days. As a result,

---

C07-5039 JSW

**DECLARATION OF SCOTT C. MATHER IN SUPPORT OF RESPONDENT'S EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

Judge:      The Honorable
            Jeffrey S. White

---

Decl. in Support of Resp't's Request for EOT to File Response

*Hawks v. Curry*
C07-5039 JSW

1

 case

1    Respondent's response is presently due on December 24, 2007.

2        3.    On November 13, 2007, our office sent a document request for Petitioner's relevant

3    prison records to the Correctional Training Facility (CTF) in Soledad, California, where

4    Petitioner is presently incarcerated.  When the documents did not arrive by the requested due

5    date, our office sent a second request.  CTF officials have informed me that the requested

6    documents are being sent today by overnight mail.  Because I will not have sufficient time to

7    prepare a response by the December 24, 2007 deadline, I am requesting an extension of time.  In

8    addition, I require an extension of time because I will be out of the office for most of the next

9    two weeks, after which I will begin chemotherapy treatment for a cancer recurrence.

10        4.    For the foregoing reasons, I respectfully request an extension of time of an additional

11    60 days, to and including February 22, 2008, in which to file Respondent's response.

12        5.    No other request for an extension of time has been filed in response to the Court's

13    October 2007 Order to Show Cause.  This request for an extension of time is not made for the

14    purpose of harassment, undue delay, or on any other inappropriate ground.

15        6.    Petitioner is proceeding in pro per and is confined in state prison.  As a result,

16    Petitioner cannot be easily contacted regarding this request for an extension of time.

17        I declare under penalty of perjury that the foregoing is true and correct and that this

18    declaration was executed on December 20, 2007, at San Francisco, California.

19

20    _____
      SCOTT C. MATHER
21    Deputy Attorney General

22

23    40199428.wpd
      sf2007200879
24

25

26

27

28

Decl. in Support of Resp't's Request for EOT to File Response          *Hawks v. Curry*
                                                                        C07-5039 JSW