IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROLD HARVEY HAWKS,**<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>**BEN CURRY, Warden,**<br><br>　　　　　　　　　　Respondent. | No. C 07-50397 JSW (PR)<br><br>**[PROPOSED] ORDER** |

THIS MATTER comes before the COURT on Respondent's Ex Parte Request for Extension of Time to File a Response to the October 2007 Order to Show Cause. Having fully considered the matter, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Respondent's request for an extension of time of 60 days, to and including February 22, 2008, is GRANTED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE