# EXHIBIT 1

# In the Superior Court of the State of California

in and for the County of __RIVERSIDE__

## Abstract of Judgment
### Commitment to State Prison

FILED
JUN 30 1987

WILLIAM E. CONERLY, Clerk
By _Present: /s/_ Deputy

Dept. No. __8__   Case No. __CR-26084__

The People of the State of California

vs.

HAROLD HARVEY HAWKS

Defendant.

Hon. __EDWARD D. WEBSTER__
Judge of the Superior Court

DISTRICT ATTORNEY BY:
__C. THEIRBACH, DEPUTY__
Prosecuting Attorney

__JACK MURPHY__
Counsel for Defendant

This certifies that on the __2__ day of __JUNE__, 19__87__, judgment of conviction of the above-named defendant was entered as follows:

(1) In Case No. __CR-26084__ Count No. __1__ he was convicted by __JURY__ (court or jury); on his plea of __NOT GUILTY__

(guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of __2nd DEGREE MURDER__

(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence.)

in violation of __187 P.C. (2nd Degree)__

(reference to Code or Statute, including Section and Subsection thereof, if any violated)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Defendant has been held in jail custody for __463__ days as a result of the same criminal act or acts for which he has been convicted. (LOCAL 309   4019 154DAYS)

Defendant _____ armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code.
(was or was not)

Defendant __WAS__ armed with a deadly weapon at the time of his commission of the offense within the meaning of Sections 969c and 12022 of the Penal Code.
(was or was not)

Defendant __USED__ a firearm in his commission of the offense within the meaning of Sections 969d and 12022.5 of the Penal Code.
(used or did not use)

(Repeat foregoing with respect to each count of which defendant was convicted.)

ABSTRACT OF JUDGMENT

GA-6 (Rev. 6/73)