# EXHIBIT 3

# ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF __RIVERSIDE__
BRANCH _____

COURT I.D.: 3 3

PEOPLE OF THE STATE OF CALIFORNIA versus [X] PRESENT
DEFENDANT: HAROLD HARVEY HAWKS   [ ] NOT PRESENT
AKA:

CASE NUMBER(S): CR-26084 -A, -B, -C, -D, -E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT   [ ] AMENDED ABSTRACT

DATE OF HEARING (MO/DAY/YR): 06/02/87
DEPT. NO.: 8
JUDGE: EDWARD D. WEBSTER
CLERK: D. LEUTZ
REPORTER: D. MIDDAUGH
COUNSEL FOR PEOPLE: R. THEIRBACH
COUNSEL FOR DEFENDANT: J. MURPHY
PROBATION NO. OR PROBATION OFFICER: W. SEAGER

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | CONVICTION BY (JURY/COURT/PLEA) | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL. | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE(S) CS-REFER(*) | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | PC | 245(a)(2) | ADW/Firearm | 86 | 05 05 87 | X | M | | | | | | X | 3 | — |
| 5 | PC | 245(a)(2) | ADW/Firearm | 86 | 05 05 87 | X | U | | | | | | X | 4 | — |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |
| | | |

5. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

4. OTHER ORDERS:

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:
8. TOTAL TERM IMPOSED: 7 —

9. EXECUTION OF SENTENCE IMPOSED:
A. [X] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC §1170(d)]

10. DATE SENTENCE PRONOUNCED: 06/02/87
CREDIT FOR TIME SPENT IN CUSTODY: 463   INCLUDING:
TOTAL DAYS ACTUAL LOCAL TIME: 309
LOCAL CONDUCT CREDITS: 154
STATE INSTITUTIONS: [ ] DMH  [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[XX] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY): _____

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: Donna Leutz
DATE: June 30, 1987

This form is prescribed pursuant to Penal Code § 1213.5 to satisfy the requirements of Penal Code § 1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code § 1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code § 1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code § 1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
FORM DSL 290

Pen.C. 1213.5