# EXHIBIT 5

LIFE PRISONER EVALUATION REPORT
SUBSEQUENT PAROLE CONSIDERATION HEARING
MARCH 2006 CALENDAR

HAWKS, HAROLD                                                                D60489

I.  **COMMITMENT FACTORS:**

    A.  **Life Crime:**

        1.  **Summary of Crime:** All relevant documents from the previous hearing including the transcripts have been considered and that information appears valid. The writer has no further information to add.

        2.  **Prisoner's Version:** Hawks stated in an interview with this author on 1/6/06, that in his version as stated in the November 2004 BPT Report, there existed a few discrepancies which are now being clarified. The following is the corrected version: Hawks stated that on the night of August 22, 1986, he was scheduled to pick up his son from his in-laws' house at approximately 6:00 P.M. Upon arriving at the residence, no one was home. He waited until 7:00 P.M. when Tom Fleming, his father-in-law, arrived home. At 7:30 P.M., Shirley Fleming, his mother-in-law, arrived and stated that Roxanne, his wife, had taken their son to San Diego by train and would not be back until approximately 9:10 P.M. Hawks stated he drank a few beers with Tom Fleming and then went to the train station to meet his wife. As Hawks waited for the train to arrive, he had two or more beers. When the train arrived late, he had an argument with his wife about picking up their son. They talked in the parking lot of the train station for about on half-hour and he then followed his wife back to her parent's house. At her parent's house they had another argument. Hawks then left, taking only his son. He planned to go to his parents' house in the Lake Arrowhead area for the weekend. Hawks stated that while driving on Freeway 91 in the number one lane, he was suddenly approached by a set of bright lights, which he thought was a Highway Patrol car. As the lights continued to get closer and were extremely bright, he realized it was not a police car. The car stayed on his tail. Hawks said he flipped off the driver of the vehicle and waived him around. It was then that he noticed that the vehicle was just a van and just as it passed the front of his car, the driver threw something metallic at the front of Hawks' car. Hawks stated that the van deliberately cut in front of him causing him to break and swerve into the center median on the left. At this time, Hawks was very scared and his 2 year old son was screaming at the top of his

lungs, having been dislodged from his car seat. Hawks stated he was mad and then reached into the back seat of his car for a clothes bag. From inside the bag he pulled out a shotgun and put it on his lap. He then grabbed a round from inside the bag and chambered it into the shotgun. The van was bout one or two car lengths ahead and four freeway lanes over to the left of Hawks' car, when Hawks fired a shot above and behind the van to scare the person in the van, stating, "It was only a warning shot". Hawks states he had no intention of hitting anyone, nor did it appear to him that he had hit the van. The van continued along the freeway and then Hawks exited the freeway. Hawks then went to a 24 hour gas station, purchased some gas and beer and got back on Freeway 91. He then took out the spent shell from his shotgun and threw it out of the car window onto the freeway between Corona and Riverside. Hawks then went to his cousin's house and stayed there for a couple of days. On Sunday morning, Hawks decided to go home to Pomona and that afternoon returned his son to his in-laws' house. Hawks then left his in-laws' house and went home. On Tuesday, Hawks went to work and when he returned home, he went to a friend's (Greg) house to help fix an air-conditioning unit. While at the house, the Pomona Police Department arrested him on the charge of murder.

3. **Aggravating/Mitigating Circumstances:**

   a. **Aggravating Factors:** Remains the same as stated in the previous hearing.

   b. **Mitigating Factors:** Remains the same as stated in the previous hearing.

B. **Multiple Crime(s):** None.

1. **Summary of Crime:** None.

2. **Prisoner's Version:** None.

II. **PRECONVICTION FACTORS:**

A. **Juvenile Record:** Documents from the previous hearing have been considered and that information remains valid.

B. **Adult Convictions and Arrests:** Documents from the previous hearing have been considered and that information remains valid.

    C.    **Personal Factors:** Documents from the previous hearing have been considered and that information remains valid.

III.    **POSTCONVICTION FACTORS:**

    A.    **Special Programming/Accommodations:** None noted.

    B.    **Custody History:** Documents from the previous hearing(s) have been considered and that information remains valid. During this period of review, Hawks remained at CTF-Soledad and continues to be housed with the general population. Hawks continued with his assignment as a Vocational Print student up until 11/20/05. On that date, his participation in the Vocational Print program continued, but in the capacity of Vocational Print Tool Attendant. He remains in that position at this present time. CDC 128E dated 9/30/04 reflects that Hawks earned 20 competency units in Graphic Arts. He gained competency certification in computer basics, page layout program basics, digital design and layout, and mechanical paste-up. CDC 128E dated 12/31/04 reflects that Hawks earned 17 competency units in Graphic Arts and gained competency certification in mechanical paste-up, proofreading and marking for correction, scanning operations and film generation and processing. CDC 128E dated 3/31/05 reflects that Hawks completed an additional 20 competancy units in Graphic Arts. He gained competency certification in scanning operations, film generation and processing, new technology, and small business/education. CDC 128E dated 6/30/05 indicates that Hawks progressed and earned another 13 competency units in Graphic Arts. Competency certification was acquired in design principles, digital design and layout, scanning operations, film generation and processing, new technology, and small business/education.

It should be noted that Hawks is currently enrolled in an Independent Study Program at Blackstone Career Institute. He is taking a Legal Assistant/Paralegal Course of Study (refer to the general chrono section of the Central File).

This writer notes that there exists numerous Laudatory chronos from various authors writing on Hawks' behalf. CDC 128B Laudatory chronos dated 8/12/04 and 6/22/05 are authored by a Correctional Officer who has had daily contact with Hawks for several years in the housing unit where Hawks lives. He comments on Hawks' exceptional conduct and demeanor as well as his self-growth and rehabilitation efforts. CDC 128B Laudatory chronos dated 10/22/04 and 6/25/05 (authored by a Correctional Officer who was also a Parole Agent) commend Hawks for his academic, vocational, and rehabilitative efforts while incarcerated. All four of the aforementioned Laudatory chronos advocate Hawks' parole back into society. CDC 128B Laudatory chrono dated 1/20/05 is authored by the Vocational Graphic Arts instructor supervising Hawks. The aforementioned

HAWKS, HAROLD    D60489    CTF-SOLEDAD    MAR/2006

aforementioned chrono commends Hawks for his enthusiasm, dedication, and skill in the area of Desktop Computer Graphic Arts.

C. **Therapy and Self-Help Activities:** CDC 128C dated 8/5/04 indicates that Hawks has been a regular and active participant in a weekly Lifer's group that discusses a variety of topics. Although the aforementioned chrono was dated 8/5/04, his participation actually extended from 5/9/03 to 7/16/04. Hawks has continued with his active participation in Alcoholics Anonymous per CDC 128B's dated 10/8/04, 12/7/04, 4/1/05, and 6/30/05. CDC 128B Laudatory chrono dated 11/1/04 commends Hawks for having been a member of the "We-Care" Juvenile Deterrent Program. The author of the aforementioned chrono notes that Hawks is a "valuable resource in deterring at-risk children from demonstrating behavior which could be viewed as malicious and/or criminal." CDC 128B Laudatory chrono dated 12/14/04 reflects Hawks' active participation in the Children's Holiday Festival held in December 2004. Lastly, CDC 128B dated 4/26/05 is authored by the artist/facilitator (supervisor) of the "Arts in Corrections" program who has known Hawks for over 10 years. In this chrono, Hawks is commended for his commitment and professionalism as a musician, visual artist, and songwriter.

D. **Disciplinary History:** Hawks has remained disciplinary free throughout his entire incarceration.

E. **Other:** On 3/2/05, Hawks appeared before the BPT and received the following decision and recommendations: One year denial of parole with the recommendations to stay disciplinary free and to "continue programming in the manner you have been."

IV. **FUTURE PLANS:**

A. **Residence:** In an interview with this author on 1/6/06, Hawks stated that he plans to reside with Dennis Hill at 416 Roosevelt Avenue, Pomona, California 91767; telephone (909) 622-7346. An alternative residence plan is to reside with Breck and Heidi Spencer at 28719 Palisades Drive, Lake Arrowhead, CA 92352; telephone (909) 337-3447. Refer to "Parole Plans – 2006" located in the Miscellaneous section of the Central File.

B. **Employment:** In an interview with this author on 1/6/06, Hawks stated that he plans to make his career as an installer with Capital Drywall in Los Angeles County. Hawks also plans to work with Spencer Roofing, helping to expand the business. Refer to the support letter in the BPT Section of the C-File from Scott Baumann (V.P. Sales – Capital Drywall – Work:(909) 599-6729; Home: (951) 695-3388). At the same time, Hawks intends to work with small business

enterprises on his own in the fields of computer repair and graphic arts. Refer to "Parole Plans – 2006" located in the Miscellaneous section of the Central File.

C. **Assessment:** Considering all factors, including the degree of unconditional support offered by family members (as evidenced by support letters), this writer does not foresee problems for Hawks' readjustment back into society.

V. **USINS STATUS:** Hawks is a United States citizen.

VI. **SUMMARY:**

A. Prior to release the prisoner could benefit from:
1. Continuing to remain disciplinary free.
2. Continuing to pursue self help.

B. This report is based upon 2 1/2 hours of Central File research, an interview with Inmate Hawks and incidental contact with the prisoner during this period of review.

C. Inmate Hawks reviewed his Central File on 1/6/06 as verified by the CDC 128B dated 1/6/06.

D. No accommodation was required per the Armstrong vs. Davis BPH Parole Proceedings Remedial Plan (ARP) for effective communication.

_C. Ellison_ 2-8-06
C. Ellison                                   Date
Correctional Counselor I


_R. Leach_ 2/8/06
R. Leach                                     Date
Correctional Counselor II


_R. Pope_ 2-10-06
R. Pope                                      Date
Facility Captain


_D. S. Levorse_ CDPRA 2/10/06
D. S. Levorse                                Date
Classification and Parole Representative


HAWKS, HAROLD          D60489          CTF-SOLEDAD          MAR/2006

BOARD OF PRISON TERMS  STATE OF CALIFORNIA

# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

- [ ] DOCUMENTATION HEARING
- [x] PAROLE CONSIDERATION HEARING
- [ ] PROGRESS HEARING

INSTRUCTIONS
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT
TO BPT STAFF: FOR EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, ie., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§2290 - 2292, 2410 AND 2439.

| POSTCONVICTION CREDIT ||| REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 8/5/04 to 8/4/05 | | | **PLACEMENT**: Remained at CTF and housed with the general population.<br>**CUSTODY**: Medium A.<br>**VOC. TRAINING**: Hawks continued with his assignment as a Vocational Print student. CDC 128E dated 9/30/04 reflects that Hawks earned 20 competency units in Graphic Arts. CDC 128E dated 12/31/04 reflects that Hawks earned 17 competency units. CDC 128E dated 3/31/05 reflects that he completed an additional 20 competency units. Lastly, CDC 128E dated 6/30/05 reflects that Hawks continued to earn another 13 competency untis in Graphic Arts.<br>**ACADEMICS**: Currently enrolled in an Independent Study Program at Blackstone Career Institute. He is taking a Legal Assistant/Paralegal course of study.<br>**WORK RECORD**: None noted.<br>**GROUP ACTIVITIES**: CDC 128C dated 8/5/04 indicates that Hawks has been a regular and active participant in a weekly Lifer's group which discusses a variety of topics. (Athough the aforementioned chrono is dated 8/5/04 his participation actually extended from 5/9/03 to 7/16/04). Hawks continued with his active participation in A.A. per CDC 128B's dated 10/8/04, 12/7/04, 4/1/05, and 6/30/05. CDC 128B Laudatory chrono dated 11/1/04 commends Hawks for having been a member of the "We Care" Juvenile Deterrent Program. CDC 128B Laudatory chrono dated 12/14/04 reflects Hawks' active particpation in the "Fathers Behind Bars" group preparations for the Children's Holiday Festival held in December 2004. CDC 128B dated 4/26/05 is authorized by the artist/facilitator (supervisor) of the "Arts in Corrections" program, who has known Hawks for over 10 years. In this chrono, Hawks is commended for his commitment and professionalism as a musician, visual artist, and songwriter.<br>**PSYCH. TREATMENT**: None noted.<br>**PRISON BEHAVIOR**: Remained disciplinary free.<br>**OTHER**: On 3/2/05, Hawks appeared before the BPT and received the following decision and recommendations: One year denial of parole with recommendations to stay disciplinary free and to "continue programming in the manner you have been." |

CORRECTIONAL COUNSELOR'S SIGNATURE: C. Ellison   DATE: 2-8-06

HAWKS        D60489        CTF-SOLEDAD        MAR/2006

BPT 1004 (REV 7/86)              Page _1_

BOARD OF PRISON TERMS  STATE OF CALIFORNIA

CONTINUATION SHEET: LIFE PRISONER : POSTCONVICTION PROGRESS REPORT

| POSTCONVICTION CREDIT | | | REASONS |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 8/5/05 to 1/6/06 (Present) | | | **PLACEMENT**: Remains at CTF and continues to be housed with the general population.<br>**CUSTODY**: Medium A.<br>**VOC. TRAINING**: Hawks continued with his assignment as a Vocational Print student up until 11/20/05. On that date his participation in the Vocational Print program continued but in the capacity of a Vocational Print Tool Attendant. He remains in that position at this present time.<br>**ACADEMICS**: Currently enrolled in an Independent Study Program at Blackstone Career Institute. He is taking a Legal Assistant/Paralegal course of study.<br>**WORK RECORD**: None noted.<br>**GROUP ACTIVITIES**: Hawks continues with his active participation in Alcoholics Anonymous.<br>**PSYCH. TREATMENT**: None noted.<br>**PRISON BEHAVIOR**: Remains disciplinary free.<br>**OTHER**: None noted. |

ORDER:
- ☐ BPT date advanced by ___ months.
- ☐ PBR date advanced by ___ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

SPECIAL CONDITIONS OF PAROLE:
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify

- ☐ Schedule for Progress Hearing on appropriate institutional calendar

HAWKS          D60489          CTF-SOLEDAD          MAR/2006

BOARD OF PRISON TERMS  STATE OF CALIFORNIA

BPT 1004 (REV 7/86)          Page _2_