# EXHIBIT 7

RECEIVED IN CRIMINAL DOCKETING

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERISDE

MNM
MAR 30 2007

IN THE MATTER OF THE APPLICATION OF: ) Case No.: No. RIC 463199
)
Harold Hawks ) ORDER RE: PETITION FOR WRIT
) OF HABEAS CORPUS
)
FOR A WRIT OF HABEAS CORPUS )

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

MAR 02 2007

The Court, having read and considered the Petition for Writ of Habeas Corpus, presented this __2__ day of __March__, 20_07_, hereby orders the following: Petition is denied. Board of Prison Terms has broad discretion in release decisions. The court may inquire only whether some evidence in the records supports the decision. There is a sufficient record for the boards actions.

____ Pursuant to California Rule of Court 4.551, the petition is denied due to the failure of the petition to state a prima facie factual case supporting petitioner's release. While the petition states a number of factual conclusions, these broad conclusions are not backed up with specific details, and/or are not supported by the record in the case.

____ Pursuant to California Rule of Court 4.551, the petition is denied due to the failure of the petition to state a prima facie case supporting petitioner's release. The petition makes assertions regarding the applicable law that are contrary to established California case decisions.

IMAGED

Summary of Pleading - 1

\_\_\_\_\_  Pursuant to California Rule of Court 4.551, the petition is denied due to the failure of the petition to establish that petitioner has exhausted available administrative remedies.

\_\_\_\_\_  Pursuant to California Rule of Court 4.551, the petition is denied because the petition failed to raise any new issue that has not previously been addressed in an earlier Writ petition.

\_\_\_\_\_  Pursuant to California Rule of Court 4.551, the petition is denied because the petition is now moot due to changed conditions.

\_\_\_\_\_  Pursuant to California Rule of Court 4.551(b), the court invites respondent to submit an informal response to the petition within 15 days. Should an informal response be submitted, it shall be served on petitioner. Petitioner shall have an additional 15 days after service of the informal response in which to file a reply.

\_\_\_\_\_  Pursuant to California Rule of Court 4.551(c), the court finds that the petition states a prima facie basis for relief and Respondent is ordered to show cause why the petition should not be granted. Respondent is ordered to submit a Return to the Petition within 30 days.

1      \_\_\_\_  Pursuant to Griggs v. Superior Court (1976) 16 C3d 341,

2      the court finds that the petition states a prima facie

3      basis for relief and transfers the petition to the

4      Superior Court of California, County of _____,

5      the court whose proceedings are asserted as being in error

6      by the petition.

9 Dated: 3/2/07

                                                    _/s/ P. Magers_

                                            Judge of the Superior Court
                                            County of Riverside

```
                    SUPERIOR COURT OF CALIFORNIA
                         COUNTY OF RIVERSIDE
                         Minute Order/Judgment

Case No.:   463199            Date: 03/02/07      Dept:
Case Name: IN RE: HAROLD HARVEY HAWKS
Case Category: Writ of Habeas Corpus
Hearing:    Order RE:PETITION FOR WRIT OF HABEAS CORPUS by HAROLD HAWKS;
            Honorable Judge PATRICK F. MAGERS.

*****************************************************************
Habeas Corpus

Petition for WRIT OF HABEAS CORPUS Denied.
```

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
www.riverside.courts.ca.gov
[✓] 4100 Main Street, Riverside, CA 92501
[ ] 4050 Main Street, Riverside, CA 92501
[ ] 4175 Main Street, Riverside, CA 92501
[ ] 880 N. State Street, Hemet, CA 92543
[ ] 41002 County Center Dr. #100 Temecula, CA 92591
[ ] 155 E. Hays Street, Banning, CA 92220
[ ] 505 S. Buena Vista Ave., Corona, CA 91720
[ ] 13800 Heacock #D201, Moreno Valley, CA 92553

CLERKS CERTIFICATE OF MAILING

APPELLANT:    HAROLD HARVEY HAWKS D-60489
    VS.

Case No. RIC463199

TO:  HAROLD HARVEY HAWKS D-60489
     PO BOX 689 G-329L
     SOLEDAD CA 939600689

I, clerk of the above entitled court, do hereby certify I am not a party to the within action or proceeding; that on the date below indicated, I served a copy of the attached RE:PETITION FOR WRIT OF HABEAS depositing said copy enclosed in a sealed envelope with postage thereon fully prepaid in the mail at Riverside, California addressed as above.

CLERK OF THE COURT

Dated:    03/19/07                    By: _____
                                          DENISE SCOTT



PRESORTED
FIRST CLASS

Atty General
110 W. A. Street, Ste 700
San Diego, CA · 92101-3710

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
P.O. BOX 431
RIVERSIDE, CA 92502-0431