# EXHIBIT 9

RECEIVED IN CRIMINAL DOCKETING CHARLETTE

FILED MAY 9 2007 COURT OF APPEAL FOURTH DISTRICT

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

**ORDER**

In re

HARROLD HARVEY HAWKS

on Habeas Corpus.

E042907

(Super.Ct.No. CR26084 & RIC463199)

The County of Riverside

THE COURT

The petition for writ of habeas corpus and request for judicial notice is DENIED.




Acting P.J.

cc: See attached list



MAILING LIST FOR CASE: E042907

Correctional Training Facility
Harold H. Hawks
D60489, G-329L
P.O. Box 689
Soledad CA 93960 0689

District Attorney
Riverside County
4075 Main St.
Riverside CA 92501

Office of the State Attorney General
P. O. Box 85266
San Diego CA 92186 5266

Superior Court Clerk
Riverside County
P. O. Box 431 - Appeals
Riverside CA 92502

2007 MAY 14 AM 9:39
ATTORNEY GENERAL
SAN DIEGO