# EXHIBIT 11

Court of Appeal, Fourth Appellate District, Div. 2 - No. E042907
S152730

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re HAROLD HARVEY HAWKS on Habeas Corpus

The petition for review is denied.

Werdegar, J., was absent and did not participate.

SUPREME COURT
FILED

JUL 2 5 2007

Frederick K. Ohlrich Clerk

_____
DEPUTY

GEORGE
_____
Chief Justice