STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
HAROLD HARVEY HAWKS

*IN THE UNITED STATES DISTRICT COURT*

*NORTHERN DISTRICT OF CALIFORNIA*

*SAN FRANCISCO DIVISION*

HAROLD HARVEY HAWKS

Petitioner,

vs.

BEN CURRY, Warden

Respondent

On Habeas Corpus.
_____/
BOARD OF PRISON TERMS,
ARNOLD SCHWARZENEGGER,
Governor,

Real Parties In Interest
_____/

CASE NO. C07-5039 JSW

*MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER*

I, STEVE M. DEFILIPPIS, declare as follows:

1. I am an attorney at law duly licensed to practice before all Courts of this state. I am also admitted to practice in the Northern, Southern, Eastern and Central Districts of California, the Ninth Circuit, and the United States Supreme Court. I am a member of the law firm of PICONE & DEFILIPPIS, attorneys for the Petitioner, HAROLD HARVEY HAWKS, in this action.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I can competently testify thereto.

3. On March 24, 2008, Petitioner HAROLD HARVEY HAWKS is due to file his Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus. However, I will be unable to file the Traverse by that time. I am therefore asking that this Court grant a forty five (45) day extension in which to file his Traverse to Respondent's Answer.

4. No prior extension has been requested or granted.

5. I will need this time to address all of the issues in the Respondent's Answer.

6. The following unusual circumstances have resulted in a temporary extreme backlog of work in my office. I have been extraordinarily overextended in the last three months, with numerous other deadlines that I have to meet, and despite working extremely long hours, I will be able to meet the current deadline. As this Court may be aware, a large segment of my practice involves the litigation of cases challenging Board of Parole hearing findings of unsuitability and governor reversals of grants of parole. Because there are very few attorneys in the state who handle these cases, my workload in parole litigation is extremely heavy to begin with. In the next thirty (30) days, I have to file six (6) Traverses, two (2) Petition for Reviews in the California Supreme Court, two (2) opening briefs in the United States District Court of Appeals for the Ninth Circuit, a state court opening brief and five habeas petitions that are facing AEDPA deadlines. This is all in addition to my ongoing trial practice.

7. Although I have been working long hours to catch back up, the amount of work is extraordinary and I am still not caught up. I would anticipate that it will take forty five (45) days to complete the Traverse, and I am therefore requesting a forty five (45) day extension to allow for that to occur.

8. Accordingly, Petitioner respectfully asks this Court to grant this extension.

9. On March 21, 2008, my secretary left a voice message for Attorney General Scott C. Mather regarding this request for extension, and have yet to hear back from Mr. Mather.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of March, 2008, in the City of San José, County of Santa Clara, State of California.

STEVE M. DEFILIPPIS

STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
HAROLD HARVEY HAWKS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HAROLD HARVEY HAWKS,

    Petitioner,

vs.

BEN CURRY, Warden

    Respondent

On Habeas Corpus.
_____/

BOARD OF PRISON TERMS, ARNOLD SCHWARZENEGGER, Governor,

    Real Parties In Interest.
_____/

Case No.  C07-5039 JSW

*ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER [Proposed]*

    Petitioner, HAROLD HARVEY HAWKS, having duly applied for an extension of time to file his Traverse, and good cause appearing,

    IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended through and including May 8, 2008.

Dated: _____

                                                          U.S. DISTRICT COURT JUDGE