STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
HAROLD HARVEY HAWKS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HAROLD HARVEY HAWKS,

    Petitioner,

vs.

BEN CURRY, Warden

    Respondent

On Habeas Corpus.
_____/

BOARD OF PRISON TERMS, ARNOLD SCHWARZENEGGER, Governor,

    Real Parties In Interest.
_____/

Case No. C07-5039 JSW

*ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER [Proposed]*

    Petitioner, HAROLD HARVEY HAWKS, having duly applied for an extension of time to file his Traverse, and good cause appearing, and due to the fact that Respondent has not opposed the motion,

    IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended through and including May 8, 2008.

Dated: March 27, 2008

_____
U.S. DISTRICT COURT JUDGE