STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
HAROLD HARVEY HAWKS

*IN THE UNITED STATES DISTRICT COURT*

*NORTHERN DISTRICT OF CALIFORNIA*

*SAN FRANCISCO DIVISON*

HAROLD HARVEY HAWKS

Petitioner,

vs.

BEN CURRY, Warden

Respondent

On Habeas Corpus.
_____/
BOARD OF PRISON TERMS,
ARNOLD SCHWARZENEGGER,
Governor,

Real Parties In Interest
_____/

CASE NO. C07-5039 JSW

*2nd MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER*

I, STEVE M. DEFILIPPIS, declare as follows:

1. I am an attorney at law duly licensed to practice before all Courts of this state. I am also admitted to practice in the Northern, Southern, Eastern and Central Districts of California, the Ninth Circuit, and the United States Supreme Court. I am a member of the law firm of PICONE & DEFILIPPIS, attorneys for the Petitioner, HAROLD HARVEY HAWKS, in this action.

1

2. I have personal knowledge of the facts stated herein, and if called as a witness, I can competently testify thereto.

3. On May 8 2008, Petitioner HAROLD HARVEY HAWKS is due to file his Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus. However, I will be unable to file the Traverse by that time. I am therefore asking that this Court grant a thirty (30) day extension in which to file his Traverse to Respondent's Answer.

4. One prior extension has been requested and granted.

5. I will need this time to address all of the issues in the Respondent's Answer.

6. I had anticipated being able to file the traverse by May 8, but the following unusual circumstances have resulted in my inability to meet this deadline. As this Court is aware, a large segment of my practice involves the litigation of cases challenging Board of Parole hearing findings of unsuitability and governor reversals of grants of parole. Because there are very few attorneys in the state who handle these cases, my workload in parole litigation is extremely heavy to begin with. In addition to numerous other deadlines that I have to meet, in the past few weeks, I have had to unexpectedly file on an emergency basis oppositions to stay motions and\or petitions for writs of supersedeas filed by the Attorney General's office to block the release of inmate's granted habeas relief in the cases of *In re Miller* (6th District Court of Appeal), *In re Trunzo* (this Court and the 9th Circuit) and *In re Luparello* (Orange County and the 4th District Court of Appeal), as well as petitions for review in the California Supreme Court on two cases where the courts of appeal had just denied writs and only a ten (10) day window is allowed to do so. This caused delays in filing other briefs and writs that were pending, including traverses in the Santa Clara County Superior Court (*In re Dannenberg*) and the Stanislaus Superior Court (*In re Trunzo*), and three (3) writs with AEDPA deadlines (*In re Diaz, In re Stringer* and *In re Cunningham*). This is all in addition to my ongoing trial and appellate practice, and I have sought and\or obtained extensions of all other due dates in this time frame that are less urgent than this one. I am also scheduled to leave on a desperately needed two week pre-paid family vacation from May 7 to May 21, and have to complete all of these above referenced matters before then. Because of these newly imposed deadlines, despite working extremely long hours, I will be unable to complete this Traverse on time.

7. Although I have been working long hours to catch back up, the above described workload is extraordinary. I would anticipate that it will take two weeks from my return from

vacation to complete the Traverse, and I am therefore requesting a thirty (30) day extension to allow for that to occur, making the traverse due on or before June 8, 2008.

8. Accordingly, Petitioner respectfully asks this Court to grant this extension.

9. On May 1, 2008, my secretary left a voice message for Attorney General Scott C. Mather regarding this request for extension, and have yet to hear back from Mr. Mather.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of May, 2008, in the City of San Jose, County of Santa Clara, State of California.

STEVE M. DEFILIPPIS

STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
HAROLD HARVEY HAWKS

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

HAROLD HARVEY HAWKS,

    Petitioner,

vs.

BEN CURRY, Warden

    Respondent

On Habeas Corpus.
_____/

BOARD OF PRISON TERMS, ARNOLD SCHWARZENEGGER, Governor,

    Real Parties In Interest.
_____/

Case No. C07-5039 JSW

***ORDER GRANTING MOTION FOR 2nd EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER [Proposed]***

    Petitioner, HAROLD HARVEY HAWKS, having duly applied for an extension of time to file his Traverse, and good cause appearing,

    IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended through and including June 8, 2008.

Dated: _____

                                                                                _____
                                                                                U.S. DISTRICT COURT JUDGE