STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS
625 N. First Street
San Jose, CA 95112
(408) 292-0441


Attorneys for Petitioner,
HAROLD HARVEY HAWKS


# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISON


|  |  |
|---|---|
| HAROLD HARVEY HAWKS | CASE NO. C07-5039 JSW |
| Petitioner, | *3rd MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER* |
| vs. | |
| BEN CURRY, Warden | |
| Respondent | |
| On Habeas Corpus.  _____ / | |
| BOARD OF PRISON TERMS, ARNOLD SCHWARZENEGGER, Governor, | |
| Real Parties In Interest  _____ / | |

I, STEVE M. DEFILIPPIS, declare as follows:

1. I am an attorney at law duly licensed to practice before all Courts of this state.  I am also admitted to practice in the Northern, Southern, Eastern and Central Districts of California, the Ninth Circuit, and the United States Supreme Court.  I am a member of the law firm of PICONE & DEFILIPPIS, attorneys for the Petitioner, HAROLD HARVEY HAWKS, in this action.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I can competently testify thereto.

3.    On June 9, 2008, Petitioner HAROLD HARVEY HAWKS is due to file his Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus. However, I will be unable to file the Traverse by that time. I am therefore asking that this Court grant a one week extension in which to file this Traverse to Respondent's Answer.

4.    Two prior extensions have been requested and granted.

5.    I will need this time to address all of the issues in the Respondent's Answer.

6. I had anticipated being able to file the traverse by June 9, and at this point, the denial portion of the traverse is complete and the points and authorities are nearly finished. However, because of a recent denial of a state court habeas petition venued in First District Court of Appeal (*In re David Dutra*), I was unable to complete the supporting brief, as today was the last day to file the petition for review in the California Supreme Court on *Dutra*. Thus, I lost the available time I had set aside on last Friday and today to complete the traverse, in order to prepare the petition for review in Dutra. I am hoping to be able to finish the brief by Wednesday the 11th, but because I am scheduled to be in Court on the 12th and 13th, in an abundance of caution, I am therefore requesting a eight (8) day extension to next Tuesday the 17th to file, making the traverse due on or before June 17, 2008.

8. Accordingly, Petitioner respectfully asks this Court to grant this extension.

9. On June 9, 2008, my secretary left a voice message for Attorney General Scott C. Mather regarding this request for extension, and have yet to hear back from Mr. Mather.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of June, 2008, in the City of San Jose, County of Santa Clara, State of California.

STEVE M. DEFILIPPIS

STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 N. First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
HAROLD HARVEY HAWKS

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| HAROLD HARVEY HAWKS, | **Case No.**  C07-5039 JSW |
| Petitioner, | |
| vs. | ***ORDER GRANTING MOTION FOR 3rd*** |
| BEN CURRY, Warden | ***EXTENSION OF TIME TO FILE*** |
| Respondent | ***TRAVERSE TO RESPONDENT'S*** |
| On Habeas Corpus. | ***ANSWER [Proposed]*** |

_____/
BOARD OF PRISON TERMS, ARNOLD
SCHWARZENEGGER, Governor,

Real Parties In Interest.

_____/


Petitioner, HAROLD HARVEY HAWKS, having duly applied for an extension of time

to file his Traverse, and good cause appearing,

IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse is extended

through and including June 17, 2008.

Dated: _____

_____
U.S. DISTRICT COURT JUDGE