1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    HAROLD HARVEY HAWKS,

10             Petitioner,                          No. 07-05039 JSW

11      v.                                          **ORDER DENYING IN PART**
                                                    **THIRD MOTION FOR**
12   BEN CURRY,                                     **EXTENSION OF TIME**

13             Respondent.
                                         /
14

15        The Court has received Petitioner's Third Motion for An Extension of Time to File his

16   Traverse.  On May 12, 2008, the Court granted Petitioner's second motion for an extension of

17   time and stated that it would be the final extension.  This is the fourth case pending before this

18   Court relating to Mr. Hawks' parole and, therefore, the Court is familiar both with the facts of

19   the underlying offense, the prior proceedings before the parole board, and the legal issues

20   presented by the Petition.  Although the Court appreciates that counsel's workload has made it

21   difficult for him to complete the traverse in a timely fashion, the Court does not find good cause

22   to grant the request.

23        Accordingly, the motion is DENIED IN PART.  Because counsel filed for the extension

24   on the date on which the Traverse was due, and because the Court does not wish to penalize

25   Petitioner for counsel's workload, the Court shall grant Petitioner until Wednesday June 11,

26   //

27   //

28   //

*United States District Court*
For the Northern District of California

2008 to file the Traverse.  If the Traverse is not filed on that date, the matter shall be deemed submitted.

**IT IS SO ORDERED.**

Dated: June 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2